1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 SIDNEY ROSS DEEGAN, III,                    No.  2:19-CV-2310-WBS-DMC-P

12                 Plaintiff,

13         v.                                  FINDINGS AND RECOMMENDATIONS

14 STATE OF CALIFORNIA, et al.,

15                 Defendants.

16

17         Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18 42 U.S.C. § 1983.  On November 30, 2021, the Court directed Plaintiff to file an amended

19 complaint within 30 days.  Plaintiff was warned that failure to file an amended complaint may

20 result in dismissal of this action for lack of prosecution and failure to comply with court rules and

21 orders.  See Local Rule 110.  To date, plaintiff has not complied.

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1

1       Based on the foregoing, the undersigned recommends that this action be dismissed,

2 without prejudice, for lack of prosecution and failure to comply with court rules and orders. See

3 Local Rule 110.

4       These findings and recommendations are submitted to the United States District

5 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

6 after being served with these findings and recommendations, any party may file written

7 objections with the court.  Responses to objections shall be filed within 14 days after service of

8 objections.  Failure to file objections within the specified time may waive the right to appeal. See

9 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

10

11 Dated:  January 31, 2022

12                                     DENNIS M. COTA

13                                     UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28